**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

DATACLOUD TECHNOLOGIES, LLC,

          Plaintiff,

    v.

AUTEL ROBOTICS USA LLC,

          Defendant.

Civil Action No. 1:25-cv-01058-GBW

**JURY TRIAL DEMANDED**

<u>**PLAINTIFF'S REQUEST TO THE CLERK FOR ENTRY OF DEFAULT AS TO
DEFENDANT AUTEL ROBOTICS USA LLC**</u>

Pursuant to Federal Rule of Civil Procedure 55(a), Plaintiff DataCloud Technologies, LLC

("DataCloud") respectfully requests that the Clerk of the Court enter the default of Defendant

Autel Robotics USA LLC ("Autel Robotics").  In support of this request, DataCloud shows the

following:

    1.    The clerk issued summons to Autel Robotics on August 26, 2025 (D.I. 5).

    2.    On August 28, 2025, Autel Robotics was served through its registered agent,

Residents Agents Inc., and the proof of service was filed with the court on September 9, 2025 (D.I.

6).

    3.    Pursuant to Federal Rules of Civil Procedure 4(d) and 12, Autel Robotics was

required to answer or otherwise respond by September 18, 2025,

    4.    To date, Autel Robotics has not filed an Answer to DataCloud's Complaint, and no

attorney has made an appearance on behalf of Autel Robotics.  No attorney has otherwise contacted

DataCloud or its attorneys to discuss an extension to respond to the Complaint.

Therefore, DataCloud requests that the Clerk of the Court enter the default of Autel

Robotics for failure to file an Answer.  A proposed entry of default of Autel Robotics is included

herewith for the Clerk's convenience.

Dated: <u>October 21, 2025</u>                    Respectfully submitted,

                                   **STAMOULIS & WEINBLATT, LLC**

                                   <u>/s/ Stamatios Stamoulis</u>

                                   Stamatios Stamoulis (#4606)
                                   Richard C. Weinblatt (#5080)
                                   800 N. West Street Third Floor
                                   Wilmington, Delaware 19801
                                   Telephone: (302) 999-1540
                                   Email: stamoulis@swdelaw.com
                                   Email: weinblatt@swdelaw.com

                                   James F. McDonough, III (GA 117088)*
                                   Jonathan R. Miller (GA 507179)*
                                   **ROZIER HARDT MCDONOUGH PLLC**
                                   659 Auburn Avenue NE, Unit 254
                                   Atlanta, Georgia 30312
                                   Telephone: (404) 564-1866, -1863
                                   Email: jim@rhmtrial.com
                                   Email: miller@rhmtrial.com

   **Attorneys for *Plaintiff DATACLOUD TECHNOLOGIES, LLC***

                                   * Admission *pro hac vice* anticipated