# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DATACLOUD TECHNOLOGIES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> AUTEL ROBOTICS USA LLC, <br><br> Defendant. | Civil Action No. 1:25-cv-01068-GBW |

## CLERK'S ENTRY OF DEFAULT AS TO DEFENDANT AUTEL ROBOTICS USA LLC

Plaintiff DataCloud Technologies, LLC has requested Entry of Default as to Defendant Autel Robotics USA LLC, pursuant to Federal Rule of Civil Procedure 55(a). From the Proof of Service submitted in support of Plaintiff's Request (*see* D.I. 6), and the Court's record in this Action, the Clerk finds that Defendant Autel Robotics USA LLC has failed to appear, plead, or otherwise defend as provided by the Federal Rules of Civil Procedure. Therefore, the DEFAULT of Defendant Autel Robotics USA LLC is hereby entered.

United States District Clerk of the Court
District of Delaware

By: _____
Deputy Clerk