# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DATACLOUD TECHNOLOGIES, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>AUTEL ROBOTICS USA LLC,<br><br>        Defendant. | C.A. No. 25-1068-GBW<br><br>**JURY TRIAL DEMANDED** |

## JOINT STIPULATION AND [PROPOSED] ORDER TO VACATE DEFAULT AND TO EXTEND TIME TO RESPOND TO COMPLAINT

Plaintiff DataCloud Technologies, LLC ("DataCloud") and Defendant Autel Robotics USA LLC ("Autel Robotics") (together, the "Parties"), by and through their respective undersigned counsel, hereby agree and stipulate, subject to approval by the Court, that the Clerk's Entry of Default in Appearance is hereby vacated and the deadline for Autel Robotics to move, answer, or otherwise respond to the Complaint filed in this action shall be extended until November 24, 2025. The Parties respectfully provide the following in support of this stipulation:

1. DataCloud filed its Complaint for patent infringement against Autel Robotics on August 25, 2025. *See* D.I. 1.

2. The Court's clerk issued a summons to Autel Robotics on August 26, 2025. *See* D.I. 5.

3. On August 28, 2025, Autel Robotics was served through its registered agent in Delaware, Residents Agents Inc., and the proof of service was filed with the court on September 9, 2025. *See* D.I. 6. Pursuant to Federal Rules of Civil Procedure 4(d) and 12, Autel Robotics was required to answer or otherwise respond by September 18, 2025 but did not do so.

4. On October 21, 2025, DataCloud filed its Request to the Court's Clerk to Enter Default against Autel Robotics pursuant to Fed. R. Civ. P. 55(a). *See* D.I. 7.

5. The Court's Clerk entered Default on October 22, 2025. *See* D.I. 8.

6. DataCloud arranged to serve the Entry of Default and the Complaint on Autel Robotics through its registered agent for service in the state of Washington, which occurred on October 23, 2025.

7. Autel Robotics first received information about the filing of the Complaint and the Entry of Default on October 24, 2025. Although Autel Robotics' agent for service in Delaware appears to have received the summons along with the Complaint on August 26, 2025, Autel Robotics was not aware of the lawsuit until October 24, 2025.

8. Upon learning of the lawsuit, Autel Robotics quickly arranged to hire counsel who contacted DataCloud's counsel to explain what happened and to request that the Parties file a stipulation to vacate the Entry of Default and to re-set Autel Robotics' due date to respond to the Complaint. As there is no prejudice to DataCloud, it has agreed to this request.

9. Therefore, the Parties respectfully request that the Court vacate and set aside the Default entered as D.I. 8.

10. The Parties also respectfully request that the due date for Autel Robotics to respond to the Complaint be extended by 30 days from the date of service on its Washington Agent for Service, up to and including November 24, 2025.

11. The Parties agree that nothing in this Stipulation shall be deemed a waiver of Autel Robotics' defenses and objections available under the Federal Rules of Civil Procedure or the Delaware Local Rules, including, without limitation, defenses as to jurisdiction and venue.

3

WHEREFORE, the parties respectfully request that the Court ORDER as follows:

(1) The October 22, 2025 Entry of Default (D.I. 8) against Autel Robotics shall be set aside and be of no legal force or effect; and,

(2) Autel Robotics' time to move, answer or otherwise respond to the Complaint in this action shall be extended up to and including November 24, 2025.

**IT IS SO ORDERED, this _____ day of_____, 2025.**

_____
The Honorable Gregory B. Williams
United States District Court Judge

Dated: October 31, 2025

| | |
|---|---|
| **STAMOULIS & WEINBLATT, LLC** | **RICHARDS, LAYTON & FINGER, P.A.** |
| */s/ Stamatios Stamoulis* | */s/ Katharine L. Mowery* |
| Stamatios Stamoulis (#4606) | Katharine L. Mowery (#5629) |
| Richard C. Weinblatt (#5080) | One Rodney Square |
| 800 N. West Street Third Floor | 920 North King Street |
| Wilmington, Delaware 19801 | Wilmington, Delaware 19801 |
| Telephone: (302) 999-1540 | (302) 651-7623 |
| Email: stamoulis@swdelaw.com | mowery@rlf.com |
| Email: weinblatt@swdelaw.com | |
| | Of Counsel: |
| James F. McDonough, III (GA 117088)* | |
| Jonathan R. Miller (GA 507179)* | Alex Liang |
| **ROZIER HARDT MCDONOUGH PLLC** | Arch & Lake LLP |
| 659 Auburn Avenue NE, Unit 254 | 203 N. LaSalle Street, Suite 2100 |
| Atlanta, Georgia 30312 | Chicago, Illinois 60601 |
| Telephone: (404) 564-1866, -1863 | (256) 299-7366 |
| Email: jim@rhmtrial.com | alexliang@archlakelaw.com |
| Email: miller@rhmtrial.com | |
| **Attorneys for *Plaintiff*** | **Attorneys for *Defendant*** |
| *DATACLOUD TECHNOLOGIES, LLC* | *AUTEL ROBOTICS USA LLC* |