# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DATACLOUD TECHNOLOGIES, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>AUTEL ROBOTICS USA LLC,<br><br>        Defendant. | C.A. No. 25-1068-GBW<br><br>**JURY TRIAL DEMANDED** |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

PURSUANT TO Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Alex Liang to represent defendant AUTEL ROBOTICS USA LLC in this matter.

Dated: November 4, 2025

*/s/ Katharine L. Mowery*
Katharine L. Mowery (#5629)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
mowery@rlf.com

*Attorney for Defendant*

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Alex Liang on behalf of Defendant is GRANTED.

_____
The Honorable Gregory B. Williams
United States District Court Judge

Dated: _____, 2025

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  I further certify that the fee of $50.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

                                                                            */s/ Alex Liang*
                                                                            Alex Liang
                                                                            ARCH & LAKE LLP
                                                                            203 N LaSalle Street, Suite 2100
                                                                            Chicago, Illinois 60601
                                                                            (256) 299-7366
                                                                            AlexLiang@archlakelaw.com

Dated:  November 4, 2025